# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## CRIMINAL DOCKET NO.: 5:13CR86

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v )<br>)<br>JEFFREY LAWSHAW MADDOX a/k/a )<br>LITTLE J )<br>) | ORDER |

Leave of Court is hereby granted for the dismissal *without prejudice* of the Bill of Indictment in the above-captioned matter as to Jeffrey Lawshaw Maddox a/k/a Little J.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshall Service, and the United States Attorney's Office.

Signed: February 20, 2014

Richard L. Voorhees
United States District Judge